JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

**17    0926**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Bruce Liban | Phila. Water Dept.<br>Phila. Inspector General |
| **(b)** County of Residence of First Listed Plaintiff   Philadelphia<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant Philadelphia<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education<br>14th Amend<br>due process | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>Whistleblower<br>Law<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
due process clause of 14th Amendment US X Constitution

Brief description of cause:
unlawful termination

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE 2/28/17    SIGNATURE OF ATTORNEY OF RECORD   Bruce J. Liban, Pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



**UNITED STATES DISTRICT COURT**

**17    0926**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Bruce Liban, 6200 Summerdale Ave., Philadelphia, Pa.  19111

Address of Defendant: Phila. Water Dept., 1101 Market Street, Philadelphia, pa. 19105 7

Place of Accident, Incident or Transaction: Phila, Pa.

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?

Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?

Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?

Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?

Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts

2. ☐ FELA

3. ☐ Jones Act-Personal Injury

4. ☐ Antitrust

5. ☐ Patent

6. ☐ Labor-Management Relations

7. ☐ Civil Rights

8. ☐ Habeas Corpus

9. ☐ Securities Act(s) Cases

10. ☐ Social Security Review Cases

11. ☒ All other Federal Question Cases
(Please specify)

due process clause of 14th

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts

2. ☐ Airplane Personal Injury

3. ☐ Assault, Defamation

4. ☐ Marine Personal Injury

5. ☐ Motor Vehicle Personal Injury

6. ☐ Other Personal Injury (Please specify)

7. ☐ Products Liability

8. ☐ Products Liability — Asbestos

9. ☐ All other Diversity Cases
(Please specify)

Amendment of US Constitution

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

I,_____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
Attorney-at-Law    Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/28/17    *Bruce J. Liban pro se*    _____
Attorney-at-Law    Attorney I.D.#

CIV. 609 (6/08)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### CASE MANAGEMENT TRACK DESIGNATION FORM

Bruce Liban                                    :                    CIVIL ACTION
                                               :
                        v.                     :
                                               :
Phila. Water Dept.                             :              NO. **17    0926**
Phila. Inspector General                       :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C.        ( )
      § 2241 through § 2255.

(b)   Social Security – Cases requesting review of a       ( )
      decision of the Secretary of Health  and Human
      Services denying plaintiff Social Security Benefits.

(c)   Arbitration – Cases required to be designated fo     ( )
      arbitration under Local Civil Rule 53.2.

(d)   Asbestos – Cases involving claims for personal       ( )
      injury or property damage from exposure to asbestos.

(e)   Special Management – Cases that do not fall into     (X )
      tracks (a) through (d) that are commonly referred
      to as complex and that need special or intense
      management by the court.  (See reverse side of
      this form for a detailed explanation of special
      management cases.)

(f)   Standard Management – Cases that do not fall         ( )
      into any one of the other tracks.

2/28/17
_____                    Bruce Liban
Date                                        _____
                                            Printed Name of Pro Se Plaintiff

                                            *Bruce J. Liban*
                                            _____
                                            Signature of Pro Se Plaintiff

**(Civ. 660) 08/09**

**APPENDIX L**

**JHS**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| INFORMATION FORM |
| --- |

Name: _____Bruce Liban_____   Bar Id No.: _____

Firm: _____

Address:___6200 Summerdale Ave._____

_____

City:_Philadelphia____ State: _Pa__ **Zip Code\*:** _19111_ -_____

Facsimile No: _____

Please return completed form to:

Michael E. Kunz
Clerk of Court
United States District Court
for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

- or -

FAX to:

(215) 597-6390
(267) 299-7135
(610) 434-6174

**\* Please include zip code and 4-digit extension number**

❏ Indicate here if you would like to receive information on the Pilot Fax Notice Program

❏ Indicate here if you would like to receive a Directory of Automated Services

United States District Court
for the
Eastern District of Pennsylvania

Bruce Liban                                   )
6200 Summerdale Ave.                          )
Philadelphia, Pa. 19111                       )
215-533-6831                                  )
Plaintiff                                     )
V.                                            )          Civil Action No. 17    0926
Debra McCarty, 5th Floor                      )
Philadelphia Water Dept.                      )          Jury Trial, from Plaintiff:   No
1101 Market Street                            )
Philadelphia, Pa. 19107                       )
215-685-6103                                  )
Defendant1                                    )
                                              )
Anthony Erace, Investigator                   )
Inspector General                             )
601 Walnut Street  300 East                   )
Philadelphia, Pa. 19106                       )
215-686-1770                                  )
Defendant2                                    )

Complaint

Basis for Jurisdiction: 14th Amendment of US Constitution. Bruce Liban, a US Citizen, was denied his 14th Amendment right to due process because there was no hearing before his termination. US Citizens are entitled by the US Constitution to due process, which by case law means notice and hearing. Since there was no hearing, Bruce Liban was treated as if he were a foreign national. This is unconstitutional.

Statement of Claim:

1. On September 19, 2016 Bruce Liban started to work for the Philadelphia Water Department.
2. The Philadelphia Water Department picked the date when Bruce Liban started. It was based on the amount of time it took to obtain the necessary clearances that the City of Philadelphia goes through to make sure that water department workers meet the health and background requirements of the job.
3. At no time did the workers for the water department mention that the water department is exempt from any Federal or State Laws. This gave Bruce Liban the impression that it was the intent of the Philadelphia Water Department to comply with both the applicable Federal and State of Pennsylvania Laws.
4. The first project Bruce Liban was given to work on was the Torresdale Raw Water Pumping Station electrical improvement project.
5. This project involves three phases. Part of the last phase is replacing the eight synchronous motors (500 horsepower) with induction motors.
6. From observation during the time that Bruce Liban worked for the water department, two pumps were always running when Bruce Liban viewed the eight pumps. There was one of the first four pumps running and there was also one of the last four pumps running.

1

7. Another part of this project was adding a generator (actually a diesel engine driven three phase alternator) to drive the pumps.

8. The purpose of the generator is to drive the pumps at Torresdale Raw Water Pumping Station so that there is no backflow that can contaminate the pipes and water conduits that take the water from the river to the Baxter Water Treatment Plant.

9. On the second day on the job (9/20/16), in the morning Bruce Liban went downtown to sign up for the job. As part of this process Bruce Liban received a memo that he is calling the May 17, 2016 Safety Memo from Debra McCarty. This is Figure 1 in the Appendix.

10. The first thing Bruce Liban noticed was that there did not appear to be enough energy from the generator to start and run three pumps. Bruce Liban estimated the starting current for the motors to be 7.5 times the running current. This number came from Bruce Liban's memory from his experience with the Ocean County Utility Authority.

11. The Ocean County Utility Authority runs a sewage treatment plant. Bruce Liban worked on a project that involved installing four 1.5 MVA ( from memory) diesel engine driven alternators to run the sewage treatment plant.

12. Bruce Liban wrote up a test procedure that involved running the sewage treatment plant using the four alternators. The motors must be started in a certain sequence (largest motors first) so that you can start the largest number of motors.

13. In order to resolve the issue regarding the correct starting current of the new motors, Bruce Liban contacted Patterson Pump because they are listed on the contract documents as the supplier of the motors.

14. Patterson Pump provided the correct starting current (and running current). Bruce Liban then was able to verify that the alternator was large enough to start and run the 500 horsepower motors. This took care of the question as to whether the alternator is big enough.

15. As part of the research on the starting current, it came up that the contractor (Phillips Brothers Electrical Contractors) wants to not do the required balancing on the motors before putting them into service. This can cause danger. Since Bruce Liban is a registered professional engineer, he is required to take certain actions related to safety issues.

16. Bruce Liban understands that the Patterson Pump Company would like the order. The problem is that safety issues are separate from financial issues. Griffin Campbell did not understand this. Griffin Campbell was the contractor working on the demolition of a building at 22nd and Market Street. When a wall fell, six people died right away and one person died about 23 days later.

17. Griffin Campbell received a jury sentence of 15 to 30 years in jail because he did not understand certain safety issues. This is related to the building collapse at 22nd and Market Street.

18. Bruce Liban's understanding of the law is that registered professional engineers are required to obey Pennsylvania State Law. State Law MUST override the concerns of his employer. If the employer has a different opinion, then the employer can discuss it with a judge and the judge will decide whether the law governs or whether the employer has the final say.

19. If the employer makes a mistake, the judge will determine what happens to the people who work for the employer and decide where to send the employer.

20. Bruce Liban carefully studied the documents and the situation. During the weekend following the first week on the job he typed out a letter required by Pennsylvania Licensing Law and sent it to a person who has a computer at work. Bruce Liban was not given a computer at work.

21. Bruce Liban twice talked to Anant Rao and told Anant Rao that Bruce Liban has something to tell him. Anant Rao did not respond.

22. Anant Rao was Bruce Liban's direct supervisor during Bruce Liban's first week on the job because the person who was supposed to be Bruce Liban's direct supervisor was on vacation.

2

23. Under number 2 above, it states that the water department picked when Bruce Liban started working. This means that the missing supervisor is the responsibility of the water department.

24. Since Pennsylvania Law required Bruce Liban to inform his employer, Bruce Liban first sent out an E-mail. This E-mail was sent out on September 25, 2016. This was a Sunday. This memo is Figure 2.

25. Figure 3 is the beginning of the NSPE Code of Ethics for engineers that Bruce Liban used in deciding on his actions.

26. This filing is one of many actions that Bruce Liban is taking to protect public safety as required by Pennsylvania Law.

27. On Tuesday, September 27, 2016 Bruce was sent to a union meeting to go over the health benefits. While there Bruce gave a printed copy of his memo to the union representative, Dave Mora, to give to Debra McCarty. Bruce wanted to make sure that Debra McCarty received the memo since it was related to Debra McCarty's May 17, 2016 safety memo.

28. As of Tuesday, September 27, 2016 there was no response received by Bruce Liban related to the memo he sent out on Sunday, September 25, 2016.

29. Dave Mora said that he knew Debra McCarty and that he would make sure that she received the memo. Dave Mora is the representative of local 2187 – AFL-CIO. It is also called AFSCME District Council 47.

30. Bruce Liban talked to Dave Mora again on February 2, 2017. He explained that the letter was given to Debra McCarty because Bruce Liban is a registered professional engineer. As such, Bruce Liban is required to look at safety. It is Dave Mora's wish to protect the lives of the people he represents.

31. One of the issues the court has to decide is whether the actions of Debra McCarty show that she cares about the lives of people, especially those who work for her.

32. On Wednesday, September 28, 2016 there finally was a response to the memo Bruce Liban sent out on Sunday.

33. It seems that the Philadelphia Water Department moves in slow motion regarding certain matters. On Wednesday evening Bruce Liban received a message at home that on Thursday he should go downtown in the morning. It only took three business days for Bruce to receive a response to the letter sent on Sunday.

34. The reason for the rush to write the memo was that Bruce Liban could not know the time frame for the installation of the 500 horsepower motors. Bruce Liban remembered the building collapse at 22nd and Market. If someone had taken an action before the wall fell, seven lives could have been saved.

35. It is a matter of public record that six people were killed when the wall fell and one person died about 23 days later. A proper action could have saved seven lives and prevented many injuries. There is no question in Bruce Liban's mind that saving those lives would have been nice. Nothing happened and the people died. Bruce Liban does not want people to die because he did not want to raise a question. His license required, and still requires appropriate actions. If Bruce Liban tells many people and something happens, no one is going to have a valid claim that Bruce Liban kept quiet. The records will be turned over to law enforcement for criminal prosecution if needed. If something bad happens, those who ignored Bruce Liban may live to regret it.

36. Bruce Liban reported to work downtown on Thursday, 9/29/16 as requested. Bruce Liban met with Anant Rao and Robert Rotermund. Since Bruce Liban at the time was working for Anant Rao, Bruce Liban's memo actually protected Anant Rao from liability. If something did happen

3

and Anant Rao's boss overruled Anant Rao, then Anant may have no liability for what happened because Anant's boss was notified.

37. Figure 4 is the memo that Bruce Liban was sent that came from Anant Rao. Anant Rao wrote the memo.

38. Bruce Liban has repeatedly tried to verify Robert Rotermund's professional engineering license. The results are always that there is no record of this license. This may mean that Robert Rotermund is practicing engineering without a license. This could be a violation of Pennsylvania Law. The reason for this comment is that Bruce Liban's understanding of Pennsylvania Law is that once a professional engineer says and writes that something is not safe, then only a professional engineer can have a different opinion. A person without a license cannot overrule someone with a license without risking charges. Robert Rotermund did not have to pass sixteen hours of written testing to get a license. He just dismisses both what Bruce Liban told him and what the professional engineer with Patterson Pumps wrote as wrong.

39. It is possible that, depending on the ruling of the trial judge, he won't even be allowed to testify in court because he is not licensed. Bruce Liban's understanding is that only professional engineers are allowed to testify about engineering matters in court. This is the judge's call.

40. To have an unlicensed engineer overrule two registered professional engineers seems to Bruce Liban to be improper and extremely risky.

41. The purpose of the memo that upset the water department was and still is to save lives. If the Philadelphia Water Department thinks that lives are not important, they can come into court and tell the judge. Bruce Liban will let the judge decide whether this type of conduct is proper on the part of the Philadelphia Water Department.

42. Bruce Liban is trained as an engineer. He has electrical engineering degrees from Bucknell University (BSEE) and Drexel University (MSEE). Bruce Liban is also a registered professional engineer in Pennsylvania. Philadelphia is in Pennsylvania. As far as Bruce Liban knows, Pennsylvania Law overrules Philadelphia City Laws. If the water department thinks otherwise, they can find out in State or Federal Court. They may not like the results.

43. After the meeting Bruce Liban continued working on the same project for a little while. On October 5, 2016 Bruce Liban started working on the electrical project at East Oak Lane.

44. October 5, 2016 was the first time that Bruce Liban met Shine Thomas while working for the water department. Before this Bruce Liban saw Shine Thomas during his interview. Bruce Liban followed Shine Thomas to East Oak Lane by car.

45. The reason for this is that the person working there (Pete Taylor) was taking off and someone was needed to be there for him.

46. East Oak Lane is a water storage facility. There are two large holding tanks that are in a lot with covers over the tanks. The tanks are about twenty feet deep. Both tanks together are about one block by one block. In one of the buildings on this location there are four pumps. There are two large ones (500 HP) and two small ones (350 HP).

47. A generator (actually a diesel engine connected to a three phase alternator) was also added to the system along with a transformer.

48. Bruce Liban raised a question as to whether the generator is large enough to run the desired load. Anant Rao asked Bruce Liban to call the engineer who designed this project. It turns out that he works for the water dept.

49. Bruce Liban talked to the engineer who did the design for the East Oak Lane project.

50. It turns out that this engineer takes responsibility for the sizing of the generator and the transformer connected to the generator. He is not sure how many or what size motors the generator will run. They will find out in test. Whatever the answer, the engineer will accept it.

4

51. It will be more than adequate to prevent backflow in the pipes and prevent the contamination of the water system from outside sources. The whole purpose of the generators throughout the city is to prevent the contamination of the water system. This will be accomplished.

52. While at East Oak Lane Bruce Liban saw the installation of conduit and the pouring of cement to cover the conduit.

53. Bruce Liban also learned something about what to do to make sure that the National Electrical Code is followed.

54. Shine Thomas told Bruce Liban that on October 18, 2016 Shine wanted Bruce to take the minutes of the meeting on the Torresdale Raw Water Pumping Station electrical improvement project.

55. Bruce Liban said that he had no problem in taking the minutes.

56. On Tuesday, October 18, 2016 Bruce Liban recorded the minutes of the meeting as requested.

57. Shine Thomas told Bruce Liban that Shine wanted to have the minutes of the meeting by the end of that day (midnight). Figure 19 contains the minutes of the 10/18/16 meeting.

58. Bruce Liban typed up the minutes of the meeting as requested and E-mailed them to Shine Thomas along with other facts that Shine Thomas needed to know as the project engineer.

59. Shine Thomas received the minutes in the time frame that he requested.

60. Around noon on Wednesday, October 19, 2016 Shine Thomas showed up at the construction trailer at East Oak Lane and asked Bruce Liban for the key to the construction trailer at Torresdale Raw Water pumping station and for his water department issued cell phone. Shine Thomas claimed he did not know whether they were keeping Bruce Liban or not. Bruce Liban gave him the requested items.

61. Later in the day Shine Thomas came and gave Bruce Liban a written notice telling him that the job would be ending. This notice is Figure 5. On this day Shine Thomas told Bruce Liban not to send any more E-mails. Shine said that he got in trouble because of the E-mails that Bruce Liban sent him. This makes no sense because Shine had no control over the E-mails or their contents. This indicates that there is a management problem at the water department. This may require court action.

62. Pete Taylor received a call later in the day (10/19/16) asking Bruce to go to the construction trailer at Torresdale Raw Water Pumping Station.

63. Bruce Liban drove there and met Shine Thomas and Anant Rao there. This happened on 10/19/16. At that time Bruce Liban talked to Shine Thomas and Anant Rao. Both supervisors said that they wanted to keep Bruce Liban to help them work on the project at Torresdale. They both said that they needed help in figuring out how to handle the situation. The people downtown did not consult with Bruce's supervisors to find out how whether his work was satisfactory. The letter that Bruce Liban wrote poisoned the attitude of the people downtown towards Bruce Liban. (This indicates that the termination of Bruce Liban's employment may be a violation of the whistleblower act of the State of Pennsylvania. Since Bruce Liban's supervisors were not consulted, then the termination had nothing to do with the work that Bruce Liban performed while on the job.)

64. It is clear that United States of America Law and Pennsylvania Law are not worth the paper they are written on. Only the laws made by the water department count. This will remain true until a court takes action against the water department. At that point we may be able to see if a court can get the water department's attention.

65. On 10/20/16 at the end of the day Pete Taylor received a call asking Bruce Liban to come to the Baxter Water Treatment Plant parking lot. It was so late that Bruce Liban could not do it within the limits of the normal working day. It was an unreasonable request after requiring Bruce

5

Liban to work late on Tuesday of the same week.  Bruce Liban followed the instructions realizing that they were unreasonable.

66. Bruce met Anant Rao in the parking lot as requested.  Anant Rao gave Bruce Liban an envelope with another notice of termination in it.  This notice is Figure 6.   Anant Rao claimed that Bruce Liban would be paid for Friday.  This turned out to be a false statement (The water department constantly makes false statements in its paperwork.)   Anant Rao asked Bruce Liban not to come to work on Friday, October 21, 2016.

67. Bruce Liban  was paid until the end of Thursday, October 20, 2016 about a month after he stopped working.   Bruce Liban was not paid for Friday.

68. Not telling the truth seems to be part of the culture of the water department.

69.  Since not telling the truth is part of the culture of the people who run the water department (Bruce's perception), Bruce will let  the United States District Court for the Eastern District of Pennsylvania solve this problem.

70. Bruce intends to prove that there is a culture of not telling the truth at the water department by looking at contradictions in the documents created by the water department.

71. Figure 1 documents that the water department cares about safety.  Figure 4 calls Bruce Liban's safety memo (Figure 2) a form of irrational behavior.  This means that being concerned about safety is not important.  The question for the court is to determine is who is out of order?  Is Robert Rotermund wrong because he is ignoring the water department's safety policy (Figure 1)?  Is Robert Rotermund wrong because he is not a registered professional engineer in Pennsylvania and he is overruling an engineer who is licensed in Pennsylvania on a safety issue?  Is Bruce Liban wrong for following Pennsylvania Law as shown in Figure 3?  These are issues that it seems appropriate for the court to decide.  (Does the employer have the authority to overrule Pennsylvania State Law and make its own policy?  Does a water department employee (Robert Rotermund) have the authority to overrule Debra McCarty (water commissioner) and make and enforce his own policy?   These are important policy issues. (Remember, the weight of the motor is 12,900 pounds.  Does this sound like a small, light motor?)  Is safety important?)

72.  Figure 17 is a report of separation report that Bruce Liban received in the mail.  Notice that it has a date of 11/3/16 in the upper left hand corner.  This report came from the water department.  Is the City of Philadelphia allowed to pass its own rules that overrule Federal and State Laws?  Notice the last sentence on the bottom.  It appears that the water department thinks it is immune from all federal and state laws.  A trial court may need to issue a ruling on this question.  So what is the real policy concerning safety and the water department?  Does safety matter, or is it a big joke?  Since Robert Rotermund clearly indicated that Bruce's safety memo meant nothing, does his written document make the water department liable for damages if Bruce Liban is correct?  Does Robert Rotermund's action make him personally liable for any damages that result if  Bruce Liban is correct?  If the answer is yes, Robert Rotermund is personally liable for damages because he overruled Bruce Liban when Robert has no license to practice engineering in Pa., then a court order stating this will tend to stop such mistakes in the future.

73. Does Robert Rotermund and/or the water department have the authority to overrule a registered professional engineer in Pennsylvania?  Is there a punishment for taking this action, or is it viewed as a big joke?  If someone is injured or killed, is it still a big joke?  At this point in time the deaths of the seven people related to the problem at 22nd and Market are not viewed as a big joke (because they died).

74. Since safety is not important to those working for the water department (based on their actions), what is important?  Is the profit of the firm doing the work important?  What is the

6

purpose of the inspectors working for the construction department? What is the difference in the function of the engineers working in the construction department and a high school graduate working in the construction department? Bruce Liban thought that engineers are supposed to look at proper engineering. This means that the project will work and that there are no safety problems. Bruce Liban thought that Pennsylvania State Law and Federal Law both apply in Philadelphia. It seems appropriate for the court to clarify this since the actions of the water department indicate that this is wrong.

75. Going back to the documents Bruce Liban was given, let us look at who Bruce Liban's supervisor is based on the written documents. Bruce was told that he works first for Shine Thomas. Shine Thomas works for Anant Rao. Anant Rao works for a person who started his vacation on Bruce's second day on the job and was on vacation for a month. In practice this means that while Bruce worked for the water department Anant Rao worked for Robert Rotermund.

76. The written documents are Figure 4 and Figure 6. Figure 4 says in the second paragraph that, "He is assigned to Shine Thomas and Anant Rao." He refers to Bruce Liban. Looking at Figure 6, the signature above the "Signature of Supervisor" line looks nothing like Shine Thomas or Anant Rao. So who is this mystery person? What does this mystery person have to do with Bruce Liban? The water commissioner's signature shows up below this mystery person's signature. This tends to prove that the water department is not telling the truth. How can Figure 4 and Figure 6 both be true at the same time? If they both can't be true, then which one is correct? Is the water department just ignoring the laws of the Country of the United States of America and doing what it wants to? Is this legal? Is lying on the paperwork a normal part of business at the water department? Something seems to be wrong. Once a pattern of not telling the truth shows up on the part of the water department officials, then does anything they say or write mean anything? This is for the court to decide. If the truth means nothing to the water department officials, then their word means nothing in court. They won't tell the truth no matter what happens. They will only say or write what is in their best interest. This is an important issue for the court. The whole case may depend on this point.

77. The next question to discuss is the statement that Bruce Liban lacks initiative. This question will be analyzed starting from the statements obtained by Bruce Liban from Patterson Pump and the representative of Patterson Pump.

78. Under number 13 above it explains why Bruce Liban initially contacted Patterson Pump and their representative. The contact information is provided in Figure 1 in case the court wishes to contact the pump company or their representative. Bruce Liban used his initiative to contact the representative of the pump company to find the correct electrical numbers to do a proper starting current calculation. The safety issues came as a result of this request for information. Since Bruce Liban is a registered professional engineer, Pennsylvania State Law did not allow Bruce to ignore this fact. The water department seems to think that murder is not a crime. Then maybe the water department officials can explain to a judge why Griffin Campbell was sentenced by a jury to fifteen to thirty years in prison. Griffin Campbell is the contractor who worked on the demolition of the building at 22nd and Market Street.

79. Figure 7 is an E-mail that Bruce Liban received from the representative of Patterson Pump, Ed Zalewski. As part of this E-mail there is the statement from Charles Poole, the professional engineer working for Patterson Pump, the manufacturer of the pumps that use the 500 horsepower motors, that, "The calculated values are often incorrect." What is often not correct is the motor reed critical frequency. This frequency is needed to determine if it is safe to turn on the motor without a risk of something coming apart. This is the explanation of why Bruce Liban states that Robert Rotermund overruled two professional engineers. (number 40 above)

7

80. This proves that Bruce Liban is not inventing the safety issue. Bruce Liban received this information initially in a phone call from Ed Zalewski. Now the court has the evidence needed to prove that Bruce Liban is not making this up. Bruce Liban used his initiative to write his memo to try to prevent injuries due to a potential mistake. The water department (Robert Rotermund) made the statement that Bruce Liban was reckless in his analysis. Bruce Liban thinks that such statements by a person not a professional engineer are risky (at best) because they expose both the individual and the water department to liability. If someone is hurt Robert Rotermund's statements may show a desire to hurt people. It is not possible to predict how a jury rules if a case winds up going to a jury on an injury. It is a lot easier to prevent injuries then to fix the problem after the fact.

81. Bruce Liban also took many actions after his job ended. This included, among other things, calling OSHA, calling most (or all) of the city council people's offices who work in the city of Philadelphia, calling the utility authority in Harrisburg, calling the office of the inspector general, and calling the assistant district attorney's office. In addition hundreds of E-mails were sent out. If someone is hurt, Bruce Liban will be happy to forward this information to the authorities to help in the process of stopping the criminal activities of the water department. Bruce Liban considers actions that might cause injuries to be criminal activities.

82. The statement that Bruce Liban lacks initiative makes no sense. Writing up this lawsuit without using an attorney seems to show a great deal of initiative. There is no reason for Bruce Liban to try to have the City of Philadelphia pay for a lawyer if it is not necessary. It seems that the city should use its money to fund the schools, and stop wasting money on other things, such as paying people who want to take risks with the lives of city workers.

83. The comment that Bruce Liban lacks initiative is not supported by Bruce Liban's actions. It seems that those involved in writing the documents used to terminate Bruce Liban's employment may be using criminal activities to terminate his employment. Criminal activities are considered actions that may cause injuries to other people, including city workers as well as workers who work for contractors. Bruce Liban is trying to prevent anyone from getting hurt. The water department does not seem to realize this or care about it.

84. Figure 6 has at the bottom in the last paragraph the words menacing statements and grievous insubordination. What menacing statements the author is referring to is not known by Bruce Liban. The statements that Bruce Liban makes are based on engineering. Patterson Pump verified in writing that they agree with Bruce Liban. Since Bruce Liban did not work directly for the person who signed the document, how can that person make the grievous insubordination statement? This person does not know directly what work Bruce Liban was given. The office (downtown) never even called and talked to Bruce Liban's supervisors. See 63 above. This appears to be nothing but fiction to allow the water department to circumvent the laws of the United States of America. Bruce Liban will leave it to the court to decide whether this is acceptable conduct.

85. On Friday October 21, 2016 Bruce Liban started his battle for his job by calling and talking to Fred Hess. Fred Hess works in the office of city councilman Al Taubenberger. Bruce Liban sent a large number of E-mails to Fred Hess to be used by Al Taubenberger to try to solve the problem of Bruce Liban's water department job. Bruce Liban tried to solve the job issue by working with city council.

86. As part of this process hundreds of E-mails were sent out. Some were just a summary of the important points. Others contained many technical details. Part of the goal of this process is to avoid injuries to people. The water department officials seem to not realize that high power

motors and pumps can be dangerous under certain conditions. The larger the power the more the danger. A 500 horsepower motor is not a small motor. One horsepower equals 746 watts. In item 71 above it was mentioned that the weight of the 500 horsepower motor is 12,900 pounds. The technical specifications for this motor are given in Figure 18.

87. As part of the process of trying to stop the danger coming from the possibility of an incorrectly installed motor, Bruce Liban contacted most, if not all, of the offices of city council. Some offices received the summary. Others received all the E-mails on the subject. There are about 43 E-mails on the subject.

88. On 11/21/16 Bruce Liban sent the data on the problem with the motor installation to Anthony Erace at the office of the inspector general. The purpose of this was to allow the inspector general's office to take action against the people involved in the improper installation of the 500 horsepower motors.

89. Bruce Liban has tried many times to verify Anthony Erace's professional engineering license in the state of Pennsylvania. No record comes up under his name. This means that he does not have a professional engineering license in the State of Pennsylvania.

90. Bruce Liban requested that Anthony Erace provide the name or names of the person or people he talked to to come to a conclusion. He said that the inquiry that the city conducts is confidential.

91. The court will make the final call. If the judge orders something, Anthony decides if he obeys the order or faces the consequences from the judge. Figure 8 is Anthony Erace's 12/19/16 memo where he declares that what was done is confidential. How this was done may become critical to what actions the court needs to take.

92. The consequence of the fact that the office of the inspector general declared the investigation confidential and says that there is minimal risk is to turn the City of Philadelphia into a criminal enterprise. This blocks city council from getting Bruce Liban's job back. This declares that Bruce Liban's memo is not true. This means that city council has to pay for any injuries and/or deaths caused by the improper actions of the water department and/or its contractors. It also prevents city council from stopping the improper actions of the water department, yet they still have to pay for any damages the water department causes. This throws out the whistleblower act. This makes the city, in practice, its own country without the need to follow the laws of the United States of America. This also forces Bruce Liban to file a case in the United States District Court of the Eastern District of Pennsylvania. There may be many consequences that result from this court case. This will cause the maximum damage possible because of the jurisdiction of this court. It is also causing the office of the inspector general to be on the receiving end of a Federal Lawsuit. This lawsuit can end the careers of many people. The city is conducting itself as if it is immune from all the laws of the United States of America. If the judge reacts to this attitude, the consequences can be many.

93. Since the inspector general's office is above city council, city council is not allowed to take any actions to get Bruce Liban's job back. Therefore the job of protecting the lives of the city workers from the improper actions of the city water department and its contractor now falls to the Federal Court System. What happens now may shock everyone. The water department made it clear that it is an unsafe workplace. Anyone who complains of a safety issue will be promptly removed. The case at 22nd and Market Street means nothing to the water department. Money is more important than safety. Only a very long jail sentence and/or a large fine will get the attention of the water department (This is the perception of Bruce Liban.)

94. In addition to contacting the offices of the people in city council, Bruce Liban contacted the district attorney's office, the assistant district attorney's office, the utility authority, and OSHA.

9

There may also have been some other representatives contacted. The end result is that nothing happened.

95. The end result is that the case is going into Federal District Court. The most important item is that no one is hurt or killed. After the injuries and/or deaths are stopped, there is the issue of Bruce Liban's job. Obeying the law is punished by the loss of the job. This is how the city works. The solution is to try the officials who think that the laws of the country are a big joke. If necessary, they can be fined and/or placed in prison at the discretion of the judge. This is the only language these people understand.

96. Bruce Liban's perception at the time that his job ended was that the water department wished to cause harm to or kill water department workers by improperly installing the 500 horsepower motors. Bruce Liban cannot read minds. Given the difficulty of the project, it seemed to Bruce Liban that a reasonable person would want Bruce Liban's help to figure out how to safely install eight 500 horsepower motors. Instead the water department thought that Bruce Liban was crazy and threw him out the door. The water department had no idea of what Bruce Liban was going to do. The letter Bruce Liban wrote was well thought out. It obtained the reaction of getting attention. Now Bruce Liban will get the undivided attention of the Federal Court for the purpose of saving lives and returning the water department to compliance with the laws of the United States of America. There will probably be a lot of screaming as this happens. Such is life if you want to ignore the law.

97. The correct legal terms are risking a catastrophe or reckless endangerment. These are second degree misdemeanors. According to the assistant district attorney's office, the jail time for this type of crime is one to two years in jail. Bruce was not aware of this at the time he wrote the warning letter to Debra McCarty. The idea of the warning letter was to explain to her what was happening. If she decided to ignore this letter, then in the long run she may pay for her actions.

98. Figure 9 is the warning E-mail sent to Debra McCarty before Bruce Liban's employment was terminated in violation of the whistleblower act. It prevents her from having a valid claim that she did not know what was happening.

99. Since all the people and agencies contacted are unable to take an action regarding Bruce Liban's job, the only choice Bruce Liban has is to file a court case.

100. OSHA was willing to visit the water department. At this time it appears that those involved in this project are following Bruce Liban's suggestions. This makes it not necessary at this time for an OSHA visit. This raises the question of why Bruce Liban's employment was terminated if his suggestions were technically correct? The answer may be retaliation for warning the water department about a safety issue. If this is the case, court action may be necessary to get the undivided attention of the water department so that they modify their policies regarding how they treat their employees.

101. There may be more large motors being changed at other locations within the city. The same problem that Bruce Liban is describing here may exist there. Bruce Liban does not know what is happening at other locations. In order to prevent any accidental deaths, it is suggested that someone check for this. Failure to do this could result in injuries or death. Bruce Liban hopes that the Federal Court has a high enough jurisdiction to have this investigated and actions taken to prevent injuries. The water department is doing work throughout the city. The concern is that if a large motor is changed and it isn't checked for resonances and then properly balanced, the rotor could disintegrate and cause serious injuries or deaths. This is not a good event to allow. The water department appears to be acting as Griffin Campbell acted before the wall collapsed killing people. If you had asked him before he killed people, he would have probably claimed he was capable of safely doing the work he was doing. Engineering education

was not necessary, at least in the mind of Griffin Campbell.  All of us, looking at history, may now have a different opinion.   Bruce Liban does not like taking risks with the lives of people.  The actions of the water department seem to tell a different story for the water department.

Technical Explanation

102.       This section will cover examples to show why Bruce Liban is so upset about the events he described.  Examples will be provided to show what has happened in the past where people were killed.  The purpose of the examples is to show what types of injuries can happen under certain circumstances.  What  actually happens  in a given case cannot be predicted before it has happened.  Engineers could have predicted that the wall at 22nd and Market Streets in Philadelphia, Pa. would fall.  The number of people killed and injured could not be predicted.

103.       The first explanation is a case where resonance resulted in a large loss of life.   As an example look up the Sayano-Shushenskaya power station failure in Siberia on the internet.  I have seen references for 75 to 77 people killed.  Some information from the internet follows.

104.

The **2009 Sayano–Shushenskaya hydroelectric power station accident** occurred at 00:13 GMT on 17 August 2009, (08:13 AM local time) when turbine 2 of the Sayano–Shushenskaya hydroelectric power station near Sayanogorsk in Khakassia, Russia, broke apart violently. The turbine hall and engine room were flooded, the ceiling of the turbine hall collapsed, 9 of 10 turbines were damaged or destroyed, and 75 people were killed. The entire plant output, totaling 6,400 MW and a significant portion of the supply to the local electric grid, was lost, leading to widespread power failure in the local area, and forcing major users such as aluminium smelters to switch to diesel generators. An official report on the accident was issued on 4 October 2009.

Sayano–Shushenskaya hydroelectric power station is located on the Yenisei River, near Sayanogorsk in Khakassia. Before the accident, it was the largest hydroelectric power station in Russia and the sixth-largest hydroelectric power station in the world, by average power generation. The plant is operated by RusHydro. On 2 July 2009, RusHydro announced the station's all-time highest electricity output per 24 hours.[1]

105

105.       The information under 104 is from https://en.wikipedia.org/wiki/2009_Sayano%E2%80%93Shushenskaya_power_station_accident   .

106.       This shows that people can be killed by the results of resonance.  We can argue about the cause of the excessive vibration, but there seems to be no argument about the fact that a large number of people died.  The point of the example is the large number of dead people.  This is something that people in the United States (and all other countries ) prefer to avoid.  As a professional engineer Bruce Liban cannot accept the water department's position that lives are unimportant.  The jury at the trial regarding the 22nd and Market sent a strong message.  The water department did not comprehend the message that the jury was trying to send them.  Granted, the jury sent the message after the termination of Bruce Liban's employment.  Maybe the judge in this case has a way of getting the attention of the water department.  The water department seems not to receive the message, even though Bruce Liban gave the same location (22nd and Market Street) in his memo.

11

107.       Resonance is a natural frequency of vibration of certain mechanical systems. If a system is excited at its resonant frequency, the movement that results is larger than at other frequencies. If the vibration results in too large of a movement, then some parts can be destroyed and/or fall apart. If the parts fall apart in such a way that people get hit by flying objects, they can be hurt and/or killed. It is best for this not to happen. The water department seems not to care. This is a big problem. Griffin Campbell seemed not to be concerned about this detail. We all know that he is in jail now. This is not what anyone desires.

108.       Another example of what happens when a bridge is excited at resonance is given on the internet below.

109.       https://en.wikipedia.org/wiki/Tacoma_Narrows_Bridge

110.       In this case the bridge shook itself to destruction. The bridge fell into the water below. This is what can happen due to resonance. Having a bridge fail is not a good idea. It is clear that this type of failure can kill.

111.       When you have rotating machinery parts tend to fly away from the center of rotation if there is a failure. Examples will now be given of situations where people died due to pump failures. Remember, the pumps in the example are very small compared to the 500 horsepower pumps the water department is working with. One horsepower is 746 watts. The synchronous speed of the motors at the Torresdale location is about 450 RPM (revolutions per minute). The vibration frequency is 450/60 cycles per second because this is the number of rotations per second.

112.       Figure 10 is a document that gives examples of people being killed by pumps. One example has a picture of the pump. Another example does not. The purpose of this figure is to prove beyond a shadow of a doubt (criminal standard) that a pump can kill. The water department seems to view lethal threats as a joke because of their comment about Bruce Liban when he wrote the safety letter. Maybe they need to face a jury with the jury reading what their comments were about Bruce Liban's letter. This might change their mind.

113.       So far Bruce Liban has demonstrated that a mechanical assembly operating at or near resonance can cause a failure that can be fatal. Bruce Liban has also shown that a motor and pump assembly can kill someone if something goes wrong. The next step is to explain the proper way to test the pump. Then examples will be given of how it should be done based on the literature available. The purpose of this explanation is to explain to people who aren't engineers what should be done. Some engineers who have not worked with motors may also find this helpful. The goal is that the people who work for the court understand what the issues are. To have a person without a professional engineering license in Pennsylvania make a decision on Bruce Liban's engineering judgment is to take on an unreasonable risk that can cause severe consequences.

12

114.  When a pump is installed there is a question about the resonant frequency of the rotor of the motor when it is coupled to the pump.  The combined assembly weighs around two tons (or more).  Remember that the water under the floor of the pumping room at Torresdale Pumping Station is about 20 feet deep.  Where the pump is it can be deeper.  The motor sits about ten feet or twelve feet above the floor.  This makes for one long assembly.  Most people don't like getting hit in the head.  Clearly if parts of the motor rotor start flying out of the casing, it can be very dangerous.  No one can predict when or who will be standing in the path of the flying metal.  The only safe way to do the project is to measure the resonant frequencies by vibration testing.  Then an engineer has to determine if the assembly is safe to turn on.  If it is, for the first few times it is turned on it is suggested that the building be empty.  This means no people in the building.  If a mistake is made, no one will be injured.  Once this is determined, then a company with a balancing machine has to come in and balance the rotating part of the motor and pump.

115.  The concept of balancing the motor rotor along with the rotating part of the pump is the same as the concept of balancing a tire.  When a new tire is purchased, it is common to balance the tire to prevent vibration problems.  A tire is much smaller and lighter than the rotor and rotating part of the pump.  Balancing is required so that the pump does not do a dance and vibrate all over the place when it is running.  The pump is no different than the tire on a car or truck.  It needs balancing.  The people who work in the Torresdale pump house won't want to be in building with a pump that is shaking.  This is required so that the pump assembly does not have so much vibration that it causes the bolts holding it to the floor to shear.  This can cause some safety problems.

116.  There is technical literature available on what was just discussed.  The purpose of the literature is to allow the court (and the water department) to understand what is happening.  It is also intended to educate the people installing the new motors.  It seems to Bruce Liban that these people should understand the process better than they did at the time of the project meeting that Bruce Liban attended.  The goal is to prevent injuries through education.  The water department seems to think that they can remove problems by terminating the employment of the person who knows enough to perceive a problem.  These people don't realize that this just forces the problem to move to a courtroom to give them an opportunity to be tried.  If they realized this, different actions would probably have been taken.

117.  A good starting point for more technical details is standard ANSI/HI 9.6.4.  This is published by the Hydraulic Institute.  It may be available from  the Hydraulic Institute and/or ANSI.  Please contact the IEEE if more information is needed on how to purchase or obtain copies of the proper standards needed for this work.  Common sense suggests consulting and following standards for this type of project so that no one is hurt.  If the standard is not followed and someone is hurt, the standards may come up at the trial of the responsible parties.  They will look like fools if they did not follow the published standards for this type of project.  Never mind what the jury is going to think of people who think that they are so smart that they don't

13

need to bother following standards. Figure 11 is Vibration in Pumps by Steve Wilson. Bruce Liban realizes that it is best to research the proper way to approach the problem instead of making statements about who knows what. Just give the sources of your information. Copies are included to educate those who have to make a decision on this case.

118.    Figure 12 is a paper explaining what was done to reduce vibration levels on a vertical pump. It explains the proper approach for doing this work.

119.    Figure 13 is another paper on the subject of vibration analysis of vertical pumps. It shows additional techniques for solving vibration problems.

120.    After the resonance testing is completed and it is determined that it is safe to turn on a motor and pump assembly, the next step is to balance the assembly. This has to be done with a large machine that measures and determines where to put the necessary weights needed to properly balance the rotating assembly. Someone needs to come in with a large machine to balance the rotating assembly of the motor attached to the vertical pump. The project will involve installing four motors at a time. There are a total of eight motors that need to be installed. An economical way of balancing the pumps needs to be figured out. Of course, the water must continue to be pumped to Baxter water treatment plant while the motors are being changed. This may mean that at the end of the installation of four motors someone comes in and balances the four rotating assemblies. The idea is that you don't want to bring in the balancing machine eight times. It is too expensive.

### Laws Violated by Bruce Liban's Termination

121.    Several different laws were violated by the termination of Bruce Liban. It appears that the water department never heard of the Whistleblower Law. Because of this, they may be unaware that what was done to Bruce Liban is not legal. There actually appear to be two forms of this law. There is also an agency called OSHA. OSHA does not apply to city workers. They do not have jurisdiction over city workers who are injured or killed. However, OSHA has full jurisdiction over the contractor and his workers. If needed, OSHA is willing to come in and protect the contractor and his workers from injuries or deaths due to the installation of the 500 horsepower motors. This willingness has no time limit. As far as Bruce Liban knows, the city is supposed to honor the OSHA Laws. Whether this can be enforced in court is not known by Bruce Liban. In addition to all these laws, Bruce Liban is sure that using 500 horsepower motors to injure or kill someone is not legal because of both Federal and state laws prohibiting killing people.

122.    The most important purpose of this lawsuit is to prevent Bruce Liban's fellow workers, both city and contractors, from being killed. The second purpose of the lawsuit is for Bruce Liban to obtain his back salary and benefits. Another purpose of the lawsuit is for Bruce Liban to get a job back working for the city (as an engineer). As an electrical engineer, there is no requirement that Bruce Liban go back to the water department. There are many departments

14

that have a need for an electrical engineer (so Bruce Liban thinks).  Since there are no people on the electrical engineering list of approved people, no electrical engineers can be hired now by the City of Philadelphia.

123.        The first set of laws to be discussed are called OSHA.  OSHA prohibits terminating the employment of a person reporting a  hazard at work.  Bruce Liban reported a workplace hazard as shown by Figure 2.  OSHA provides for back benefits, seniority, pay, and return to the job for the person reporting the hazard at work.  The problem is that OSHA does not apply to city workers.  The question for the court is whether the same standard applies to the city when the individual sues.  The court will decide this.  Each claim is separate.  As long as one legal claim is valid, the claim for retaliation should be considered valid.  Which law is used to get back benefits and a job for Bruce Liban does not matter to Bruce Liban.  An opinion explaining all this would be nice at the end so that everyone can learn what the law is.

124.        Figures will now be provided to define the various laws.  Then each law with the correct wording  for each law and how it was not obeyed will be discussed.  Figure 14 is the law for the protection of public utility employees.  Paragraph h of Figure 14 requires that the employer post notices and use other appropriate means to notify employees and keep them informed of protections and obligations under this section.      Figure 15 is the law for recklessly endangering another person.   Figure 16 is the Whistleblower Law, or the act of Dec. 12 1986, P.L. 1559, No. 169.  Section 8 requires that the employer shall post notices and use other appropriate means to notify employees and keep them informed of protections and obligations under this act.  It appears to Bruce Liban that the notice provisions of Figures 14 and 16 were not complied with. The water department can look and tell the court where these laws are posted around the city. Should Robert Rotermund have heard of these laws as part of his job?  If the answer is yes, then why did this happen?  Does Robert Rotermund have a court order making him immune from prosecution for violating state and federal laws?  Should the city be posting some notices of certain laws throughout the city?  Let the court determine this.  Should Robert Rotermund  be following the laws of Figures 14 and 16?

125.        In Bruce Liban's mind what was done to Bruce Liban is a clear case of retaliation.  The letter that was E-mailed to Bruce Liban proves to Bruce Liban that there is no other reason other than retaliation for his termination.  The other things said in the termination letter are just excuses that have no merit.  The best proof of this is the fact that someone who is  not Bruce Liban's supervisor signed as supervisor on one of the termination forms.  (See 75 and 76 above.)  The words final warning in the last paragraph of Figure 4 prove that it is the intent of the water department to make sure that no one can obey the law.  This was the first warning that Bruce Liban received.  The action Bruce Liban took was required by Pennsylvania Law as discussed  in items 24 through 42 above.

15

126.     The words final warning make it clear that the water department feels that they are above the law. This means that that the people who work for the water department feel that there is no reason to study or obey Pennsylvania or Federal Law. They are allowed to do whatever they want and not concern themselves with consequences because of their belief that they are immune from all laws.   The water department people cannot imagine that anyone would have the nerve to sue the water department. Robert Rotermund forgot about the memo on safety that the water commissioner wrote. (Figure 1) He does not have to bother with such details. Killing people seems not to be his concern. If someone dies, it is someone else's responsibility. He thinks that he is not accountable for his actions.

127.     Under paragraph (a) of section 3316 (Figure 14) it states that  an employee is protected against being discharged or being threatened because they report wrongdoing to the employer. Figure 15 is the definition of recklessly endangering another person. Figure 2 is Bruce Liban's safety memo. Bruce Liban used the term kill in the memo. Since no one died yet, this is a form of recklessly endangering another person (correct legal term).  Figure 4 is not legal because Bruce Liban is threatened with termination due to reporting wrongdoing. The water department does not realize that the threat is not legal. This proves that the water department considers itself above the law. The law is a joke to the water department.  Bruce Liban's termination proves that the water department has no respect for the law. They think that the courts of the United States of America are a big joke. Will they disregard court orders and think that these are a big joke? Bruce Liban does not know. It is clear that the water department does not think the court will enforce United States Law. It is up to the court to decide whether 66 Pa. C.S.A. section 3316 Protection of public utility employees applies in the City of Philadelphia. Until the court takes some action regarding United States of America Law, the water department is correct: United States Law means nothing to them. Once court orders are both issued and enforced, the enforcement action will wake up the water department. Right now the water department does not care. Nothing happened to the people engaged in illegal activities.

128.     A third form of a law that says essentially the same thing is given in Figure 16. This is the Whistleblower Law, Act of Dec. 12, 1986, P.L. 1559, No. 169.  In this case the wording is a violation or suspected violation of State, local or Federal law. It seems to Bruce Liban that killing or trying to kill someone is a violation of both State and Federal law. The proper legal term is recklessly endangering another person as covered in 18 Pa.C.S.A. section 2705.

129.     This is a misdemeanor of the second degree. According to the assistant district attorney, the sentence for this crime is one to two years. This seems to be enough jail time to qualify as a violation of the law. It does not say that someone has to go to jail for the law to apply. This could mean that no one needs to be convicted of a crime for Bruce Liban to get his job back with benefits.

16

130.     Bruce Liban made the report in good faith as backed up by the large number of figures attached to this complaint explaining why he is concerned about the possibility of injuries. Examples are included with pictures of such things as a roof with a hole in it that is due to an exploding pump and motor combination. Someone died. This motor is much smaller (lower energy) than the ones the water department is dealing with. The energy (horsepower) is a measure of the danger of a given motor.   Bruce Liban has no need to be proven correct. He prefers that no one is injured or killed.

131.     Bruce Liban received no hearing before his termination. This means that Bruce Liban's right to due process (notice and hearing) was violated by his termination. Bruce Liban was born in Philadelphia, Pa. to two parents who were both citizens of the United States of America at the time of his birth. This makes Bruce Liban a citizen of the United States of America. Because of this, Bruce Liban is entitled to the protection of the due process clause of the United States Constitution. Bruce Liban is invoking his rights to due process. As such, Bruce Liban is asking the court to enforce the due process clause of the United States Constitution as it applies to the Philadelphia Water Department.

132.     Bruce Liban's understanding is that a job is considered something of value by the person working. As such the due process clause of the United States Constitution applies. The case law (and argument) related to the due process clause of the United States Constitution is covered in Figure 20. This is being done to shorten the complaint.

133.     Line 18 in Figure 19 is important because it appears to show Bruce Liban that there is a high probability that something is going to happen that may result in injuries. This is because the proper testing is not going to happen. Money appears to be more important to the contractor than lives. Andy is the contractor who is doing the work. We all should know that doing something that is likely to cause injuries is not proper according to state and federal laws.

Relief

134.     The relief that Bruce Liban is asking for is the court costs, printing costs for the lawsuit, the costs for having the sheriff serve the papers on the defendants, punitive damages because the intent of the termination appears to Bruce Liban to be to allow the killing of city workers in the path of metal flying out of the 500 horsepower motor or motors. The correct legal term is reckless endangerment. Bruce Liban's perception is that his employment was terminated to allow the water department to continue the process of allowing the motor or motors (500 horsepower) to be turned on in such a way as to cause them to fail with metal flying away from the motor due to excessive vibration.

135.     Bruce Liban is also asking for payment of back wages, full reinstatement of fringe benefits and seniority rights, payment for the health insurance that Bruce Liban had to pay because the water department was no longer paying for Bruce Liban's health insurance, and reinstatement of Bruce Liban to his job or another electrical engineering job within the City of

17

asking for a court order that if in the future any City of Philadelphia agency ignores this order the penalty be tripled. This is to get the attention of both the water department and the rest of the city.

135.        The court should also consider asking the city to post notices for the laws that need to be posted but are not posted at this time. This may involve more than just the laws covered by Figures 14 and 16. This may apply to more than just the water department. It may apply to the whole city.

I declare under penalty of perjury that the foregoing is true and correct.

_Bruce J. Siban_                Date: __2/28/17__

Brief

**In Support of Motion to Require Inspector General's Office to Explain to the Judge Why**

**The 500 Horsepower Motor Installation Does not Have a Large Risk Associated With It**

1. Bruce Liban requested that the investigator, Anthony Erace, who handled his case for the inspector general's office explain how he came to the conclusion that there is a minimum hazard.

2. This is important because Bruce Liban, a registered professional engineer and the representative from Patterson Pump, Charles Poole, both found that there is a problem with how the 500 horsepower motor is being installed.

3. The explanation that Bruce Liban received is shown in Figure 8. It is clear that Anthony Erace has no idea of the consequences of his actions. He is risking lives and refusing to allow the city to obey both state and federal laws. As such, he may need to be tried in federal court for turning the city into a criminal enterprise.

4. The attached E-mail from Fred Hess shows that Anthony Erace was able to prevent city council from getting Bruce Liban's job back. He also prevented city council from protecting itself from the hazard caused by the risk of injuries related to the Torresdale project. As such, he deserves to explain to a judge why he did this.

5. Bruce Liban cannot find a record of Anthony Erace's Pennsylvania professional engineering license. Since he overruled two professional engineers, he needs a Pennsylvania professional engineering license (Bruce thinks).

6. Since his investigation results are confidential, he may give his results directly to the judge.

7. If he is not allowed to talk, then the judge decides where he goes. Then his boss may be brought before the judge to answer. If the boss won't answer, then the next level up can be brought in until the mayor is brought in to answer.

8. People who think they are immune from the law need to be educated. The judge can provide the education needed to obtain their attention. For the reasons stated above, Bruce Liban is requesting a court order that the results of Anthony Erace's investigation be turned over to the judge assigned to this case. It is only fair that the person who turned the city into a criminal enterprise have to explain his position. Then the judge will decide if this position is correct or it is in error.

9. If Anthony Erace thinks that the Whistleblower Law is a big joke, then he can explain why to the Federal Judge. Then the judge, if appropriate, will give him an education.

10. Please have Anthony Erace follow the Federal Rules of Evidence when he answers the questions.

11. If someone objects to this order, they may file papers objecting within 21 plus 14 = 35 days after the sheriff serves this motion. The 21 days are to answer the complaint and the 14 days are from local rule 7.1(c).

12. The sheriff is serving the summons, the complaint, the interrogatories, and the complaint.

2/28/17  Bruce J. Liban

2/25/2017                                                    RCN Webmail

**RCN Webmail**                                            **henrylib@rcn.com**

## RE: Happy Holidays and Happy New Year

**From :** Fred Hess <Fred.Hess@Phila.gov>                Mon, Jan 09, 2017 01:46 PM

**Subject :** RE: Happy Holidays and Happy New Year

**To :** henrylib@rcn.com

Bruce

The answer from the Inspector General seem (as you also said) to be very clear, he did not see merit. I know nothing about anyone in this office asking you to sue per your concurrence on the phone (1//9/2017) today. This matter is in the hands of the Inspector General's office and we cannot interfere. For the record this office gives no advice as to the next steps you may or may not wish to take.

**From:** henrylib@rcn.com [mailto:henrylib@rcn.com]
**Sent:** Tuesday, January 03, 2017 5:44 PM
**To:** Fred Hess
**Subject:** Re: Happy Holidays and Happy New Year

Good Morning,

What is the schedule for sending the letter to the water commissioner?  When will this happen?  You may call me at 215-533-6831 or E-mail me
with the answer.  I have been asked by your office to sue.  Is this a required action for you to start taking action, or is this someone talking
without thinking?  Filing a lawsuit makes this mess public, which hurts the city.  Hurting the city is something I don't want to do.
What is your position?
    Thank  you,
    Bruce (Henrylib@rcn.com)   phone 215-533-6831 but you must leave a message.

**From:** henrylib@rcn.com
**To:** "Fred Hess" <fred.hess@phila.gov>
**Sent:** Thursday, December 22, 2016 6:51:44 PM
**Subject:** Happy Holidays and Happy New Year

Good Morning,

I hope that you have a happy holiday and a happy new year.  Enjoy your time off while it lasts.  It always seems to be too short.
    Thank you,
    Bruce (Henrylib@rcn.com)

## Order

1. It is ordered that Anthony Erace will explain how and why he came to the conclusion that there is a minimum hazard with the installation of the 500 horsepower motors at the Torresdale Raw Water Pumping Station.
2. All answers will be sent directly to the judge assigned to this case. If the questions are not answered, the judge, as is appropriate and on his own motion, will issue the necessary orders to enforce this court order.
3. Anthony Erace is to comply with the Federal Rules of Evidence.
4. Anthony Erace is to give the court a copy of all transcripts for all the degrees he has. He is also to provide the court a copy of all the licenses he has.
5. Anthony Erace is to give the court a copy of the report of the professional engineer that he is using to conclude that there is not major problem with the 500 horsepower motor installations. If there is no such report, Anthony Erace is to explain to the judge why his conclusion is proper and is not a violation of existing law.

_____


 **Interrogatories** **17** **926**

Below please find some questions to answer. Please answer them within 51 days of when you receive them. The reason for this time period is that you have 21 days to answer the complaint. After the 21 days, Rule 33 of the Federal Rules of Civil Procedure gives you 30 days to answer the interrogatories. When you add 21 plus 30 you get 51. My goal is to give you everything you need at once so that you can understand the entire lawsuit when it starts. This should prevent surprises for you at a later time. There is no need for me to let you guess what is happening. There are certain things that I would like to know before we get to the middle of the trial. This gives you an opportunity to tell me without facing a judge at the same time. I am hoping that this makes your life a little easier. Answering these questions for the first time with a judge looking at you is not comfortable. (Every question will be approached as if Griffin Campbell is answering it before that wall at 22nd and Market collapsed. Griffin Campbell convinced enough people that he knew what he was doing to place him in a position to accidentally cause 7 deaths. )

1.  Figures 5 and 6 have signatures on them. Please type the name of each signature on each figure. Also give the position that each person identified holds.
2.  Please provide Bruce Liban with the project minutes on the Torresdale Raw Water Pumping Electrical improvement project for October and every month afterwards. Bruce Liban would like the official minutes of the October 2016 project meeting and then the minutes of each and every month afterwards. The court will need to see these minutes because of a large safety issue that Bruce Liban brought up.
3.  Please provide Bruce Liban with Robert Rotermund's degrees and a copy of each transcript that goes with each degree. Also provide Bruce Liban with a copy of all his licenses. Bruce Liban cannot find a record of Robert Rotermund's professional engineering license in Pennsylvania. This may be required because he overruled two professional engineers.
4.  Please provide Bruce Liban with the report from the licensed professional engineer that Robert Rotermund is relying on to make the statement that Bruce Liban is reckless. The large number of technical papers in the appendix shows how carefully Bruce Liban thought out what he wrote. Bruce Liban would like the see the equivalent information that Robert Rotermund has to back up his claim that Bruce Liban is reckless.
5.  What is the name of the registered professional engineer who approved the concept that the vibration testing has been completed on the 500 horsepower motors being installed at Torresdale? Please given Bruce Liban a copy of this report on the subject. See item 18 on Figure 19. Bruce Liban was told he was terminated on the day after this meeting happened. It looks to Bruce Liban like his comments and minutes cause his termination. Everything happening related to this subject is very important to this lawsuit.
6.  What is the danger zone of frequencies where you won't even try to turn on the motor because the operating frequency (close to 450/60) is too close to the resonant frequencies of the rotor attached to the motor? If this happens, you will have to change the resonant frequency before turning on the assembly.
7.  What is the name of the person who is I in the last sentence of Figure 17?
8.  Who mailed Figure 17 to Bruce Liban?