IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUCE LIBAN,

    Plaintiff,

v.

DEBRA MCCARTY et al.,

    Defendants.

CIVIL ACTION
NO. 17-0926

## **ORDER**

**AND NOW**, this 8th day of September 2017, upon consideration of Plaintiff's Complaint (Doc. Nos. 1–2), Defendants' Motion to Dismiss the Complaint (Doc. No. 6), Plaintiff's Response in Opposition to the Motion to Dismiss (Doc. No. 8), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 6) is **GRANTED**.

2. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

   /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.